IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Ariel Gomez**,<br><br>  Plaintiff,<br><br>v.<br><br>**Reynaldo Guevara, Berscott Ruiz, Alan Pergande, Edward Mingey, Robert Biebel, Unknown Employees of the City of Chicago**, and **the City of Chicago**, Illinois,<br><br>  Defendants. | No. 18 C 3335<br><br>Hon. Charles P. Kocoras,<br>District Judge<br><br><br><br>**Plaintiff's Motion to Compel *Monell* Discovery** |

# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Jacques Rivera
                        Plaintiff,

v.                                                Case No.: 1:12−cv−04428
                                                      Honorable Joan B. Gottschall

Reynaldo Guevara, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 27, 2015:

      MINUTE entry before the Honorable Mary M. Rowland: Status hearing held. Motion hearing held. Plaintiff's motion to compel Production of Monell−Related Discovery [164] is granted. Defendant City of Chicago will produce, at Plaintiff's expense, the 138 Permanent Retention files that correspond to the Investigative Files already produced as part of the lineup project. Plaintiff's motion to use information in Investigative Files designated as confidential [194] is granted as follows. If Plaintiff intends to conduct interviews or issue subpoenas based on his review of those files, he must give prior notice to counsel for the City. Counsel for the City is permitted to participate in any such interviews and shall be notified of any subpoenas. As the files were produced FOR ATTORNEYS EYES ONLY, the documents themselves can be shared with potential witnesses only with prior consent from counsel for the City. Any investigation into the contents of these files is for the limited purpose of use in this case and is not to be used in other litigation, present or future, against the City or the individual defendants. Plaintiff has agreed to withdraw any pending FOIA requests in this matter, and not to issue any further FOIA requests regarding these files. As agreed in open court, Plaintiff will issue no further discovery requests for materials relating to files stored at Area North by 07/17/2015. Parties should submit a proposed scheduling order setting close of fact discovery and dates to complete expert discovery to Proposed_Order_Rowland@ilnd.uscourts.gov. Mailed notice(mb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.