IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIEL GOMEZ ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 18 CV 03335 |
| ) | |
| vs. ) | Hon. Charles P. Kocoras |
| ) | Magistrate Michael T. Mason |
| ) | |
| REYNALDO GUEVARA, et. al. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT CITY OF CHICAGO'S UNOPPOSED
## MOTION TO EXTEND BRIEFING SCHEDULE

Defendant, City of Chicago, by and through its undersigned attorneys, requests an extension of the December 4, 2020 briefing schedule and in support thereof, states:

1. On December 4, 2020, this Honorable Court entered a briefing schedule on Plaintiff's Motion to Compel and Defendant City's Second Motion to Bifurcate Plaintiff's *Monell* Claims and Stay *Monell* Discovery. Dkt. 103.

2. Pursuant to this schedule, the Parties are to file their respective Reply briefs on January 22, 2021. Dkt. 103

3. Due to an unexpected scheduling conflict, the City needs a short extension of time to file its Reply Brief, up to and including Monday, January 25, 2021.

4. Counsel for the City has conferred with counsel for Plaintiff, who has no objection to this request. In addition, the City does not object to Plaintiff receiving the same extension to file his Reply in Further Support of his Motion to Compel.

WHEREFORE, Defendant City of Chicago, requests this Honorable Court extend the December 4, 2020 briefing schedule and grant the Parties until January 25, 2021 to file their

respective Reply briefs and for any other relief as this Court deems just and reasonable.

Dated: January 22, 2021

Respectfully submitted,

CELIA MEZA

Acting Corporation Counsel for the City of Chicago

By:    /s/ *Theresa Berousek Carney*
        One of its attorneys

Eileen E. Rosen
Catherine M. Barber
Theresa Berousek Carney
Austin G. Rahe
Special Assistant Corporation Counsel
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
312.494.1000
tcarney@rfclaw.com