# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ARIEL GOMEZ, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| *Plaintiff*, | ) | |
| | ) | Case No. 18-cv-03335 |
| v. | ) | |
| | ) | Hon. Charles P. Kocoras |
| REYNALDO GUEVARA, BERSCOTT RUIZ, ALAN PERGANDE, EDWARD MINGEY, ROBERT BIEBEL, UNKNOWN EMPLOYEES OF THE CITY OF CHICAGO, and the CITY OF CHICAGO, Illinois, | ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) ) | |

## MOTION TO WITHDRAW JUSTIN L. LEINENWEBER AS COUNSEL OF RECORD

NOW COMES Defendant Reynaldo Guevara, by and through one of his attorneys, Leinenweber Baroni & Daffada LLC, and moves this Court to grant their motion for Justin L. Leinenweber, to withdraw as counsel of record. In support of its motion, counsel states as follows:

1. Justin L. Leinenweber filed his appearance in this matter on June 26, 2018. (See Dckt. No. 25.)

2. Pursuant to Local Rule 83.17 Justin L. Leinenweber wishes to withdraw his appearance as counsel of record in this matter and move the Court for permission to do so.

3. Defendant Reynaldo Guevara continues to be represented by the other attorneys from Leinenweber Baroni & Daffada, LLC.

\*\*\*

WHEREFORE, Counsel for Reynaldo Guevara, Justin L. Leinenweber respectfully request that this Honorable Court grant his motion to withdraw from the instant case.

Respectfully Submitted,

/s/ Justin L. Leinenweber
Justin L. Leinenweber
Leinenweber Baroni & Daffada LLC
120 N LaSalle St Ste 2000
Chicago, IL 60602
(312) 380-6635
justin@ilesq.com

**CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that a copy of the aforementioned document was served upon counsel of record by filing the same with the Court's ECF filing system on August 31, 2021.

                                                              /s/ Justin L. Leinenweber
                                                            Justin L. Leinenweber